# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCHANTS BONDING COMPANY (MUTUAL),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D&S PAINTING, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00610-NC<br><br>**ORDER TO SHOW CAUSE** |

Defendants in this case having failed to appear at the case management conference on May 10, 2017, and having failed to respond to numerous summons notices, Dkt. Nos. 10-14, and plaintiff having failed to file for default,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The deadline for plaintiff to move for default is May 24, 2017. If plaintiff fails to move by that deadline, the case will be dismissed for failure to prosecute. No default need be filed if defendants have appeared by May 24, 2017.

A further case management conference is scheduled for June 14, 2017, at 10:00 a.m. in Courtroom 7, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. An updated cases management statement is due June 7, 2017. If defendants appear, they also must consent or decline the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated: May 10, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge